RECEIVED
IN ALEXANDRIA, LA.
JAN 1 3 2014
TONY R. MOORE, CLERK
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONTRALE PHILLIPS | CIVIL ACTION NO. 13-1925 |
| VERSUS | JUDGE TRIMBLE |
| RAPIDES PARISH, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

The court has reviewed the entire docket in the above-captioned matter and finds that plaintiff's recent "Motion to Lift Stay"[1] should be **GRANTED**. The court has, in particular, also reviewed the "Report and Recommendations"[2] of the magistrate judge in this matter and finds that they are correct under applicable law, noting the absence of objections by plaintiff.

**ORDERED** that plaintiff's request for habeas corpus relief is **DENIED** and **DISMISSED** as unavailable within the context of a civil suit under 42 U.S.C. § 1983. It is further

**ORDERED** that plaintiff's remaining civil rights claims for monetary damages stemming from his alleged false arrest and imprisonment are **DENIED** and **DISMISSED** pursuant to Heck v. Humphrey, 312 U.S. 477 (1994), as fully discussed in the magistrate judge's proposed findings.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 13th day of January, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 12.
[2] R. 10.